UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:
MAGISTRATE JUDGE:_____

ARTHUR CARMICHAEL CLARKE,

    Plaintiffs,

vs.

GROVE ISLE CLUB, INC. a Florida profit corporation; GLOBAL EXCEL MANAGEMENT, INC. a Florida profit corporation; and JAMES WULFFAERT, Individually,

    Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, GROVE ISLE CLUB INC., GLOBAL EXCEL MANAGEMENT, INC., and JAMES WULFFAERT, by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1441)(a) and (c), 1446, 1331, and 1367(a), hereby file this Notice of Removal of this action to the United States District Court for the Southern District of Florida. The removal of this action is premised upon the following:

1. This is a Notice of Removal of an action filed by Plaintiff Arthur Carmichael Clarke (hereinafter "Plaintiff") in the Circuit Court of the 11th Circuit in and for Miami-Dade County, Florida, Case No. 2017-008980 CA 01, on or about April 14, 2017 (the "State Court Action"). Copies at all process, pleadings and orders served to date on or by Defendants in the State Court Action are attached hereto as **Exhibit A** and incorporated herein by reference.

{50008/00490469.1} -1-

2. Plaintiff's Complaint alleges claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA") in Counts IV and V, ¶¶ 34-46.

3. Pursuant to 28 U.S.C. §1331, the district court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Thus, this Court has original jurisdiction over Plaintiff's claims arising under the FLSA, and this action is therefore removable under 28 U.S.C. §1441(a) and (c).

4. In addition to alleging claims under the FLSA, the Complaint alleges claims for Breach of Contract (Count I), Quantum Meruit (Count II), and Unjust Enrichment (Count III).

5. Pursuant to 28 U.S.C. §1441(c), whenever a separate and independent claim or cause of action within the jurisdiction conferred by Section 1331 is joined with one or more otherwise non-removable claims or causes of action, the entire action may be removed. Pursuant to 28 U.S.C. §1367, this Court has supplemental jurisdiction over all claims that are so related to the FLSA within the original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. *Bellsouth Telecommunications, Inc., v. MCImetro Access Transmission Service, Inc.* 317 F. 3d. 1270, (11th Cir. 2003).

6. Accordingly, Defendants respectfully submit that this Court should not only assume original jurisdiction over Plaintiff's federal claims under the FLSA, but also assume supplemental jurisdiction over Plaintiff's related State court causes of action.

7. Defendant Grove Isle Club, Inc. was served with the Complaint and Summons on May 3, 2017. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b), in that it is filed within 30 days from the date of the service of the initial pleadings or summons in the State Court Action, copies of which are attached as part of Exhibit "A".

8. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court, Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, and served upon all adverse parties. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

9. Defendant has complied with all of the requirements for removal under Title 28 of the United States Code. This Court has jurisdiction over all the parties and the Courts' territorial jurisdiction embraces Miami-Dade County, where the State Court Action was filed.

WHEREFORE, Defendant hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

Dated: May 31, 2017.

Respectfully submitted,

HALL, LAMB, HALL & LETO, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH 1
Miami, FL 33133
Telephone: (305) 374-5030
Facsimile: (305) 374-5033

By: /s/ Jon W. Zeder
JON W. ZEDER
FBN: 098432

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's e-portal filing system on this 31st day of May, 2017, upon: Peter M.

Hoogerwoerd, Esq., Remer & Georges-Pierre, PLLC, 44 West Flagler Street, Suite 2200, Miami, Florida 33130, omh@rgpattorneys.com.

/s/ Jon W. Zeder
JON W. ZEDER